# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SWANCO MELVIN LOGAN, : | |
| Petitioner, : | |
| : | NO. 3:19-CV-0648 |
| v. : | |
| : | (Judge Sylvia H. Rambo) |
| U.S. DEPARTMENT OF : | |
| HOMELAND SECURITY, : | |
| Respondent. : | |

# **O R D E R**

**AND NOW**, this 30th day of **December 2019**, upon consideration of Mr. Logan's petition for writ of habeas corpus (Doc. 1) challenging his order of removal, it is **ORDERED** that:

1. The petition (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. Mr. Logan's applications for leave to proceed *in forma pauperis* (Docs. 2 and 6) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

                                                 s/Sylvia H. Rambo
                                                 Sylvia H. Rambo
                                                 United States District Judge